CLERK'S OFFICE U.S. DISTRICT COURT
FILED

APR 0 4 2025

LAURA A. AUSTIN, CLERK
BY: M. POFF
   DEPUTY CLERK

| For Clerk's Office Use |
|---|
| Judge] | Recd Date] | Grv. |

For use by inmates in filing a complaint under CIVIL RIGHTS ACT, 42 USC §1983

INMATE NAME: Alex Yates

PRISONER NO.: Not on ID bracelet

PLACE OF CONFINEMENT: Northwester Regional Adult Detention Center

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Alex Christopher Yates
Enter Full Name       Plaintiff

VS.

Northwester Regional Detention Center
Tanner And Bouzek
Enter Full Name(s)     Defendant(s)

CIVIL ACTION NO. 5:25cv00032

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    ✓ Yes          No

B. If your answer to A is Yes, describe the action in the space below.

   1. Parties to the Action: Northwestern Regional Adult Detention Center and Officer Kibler

   2. Court:

   3. Docket No.:

   4. Judge:

   5. Disposition:

   (For example, is the case still pending? If not, what was the ruling? Was the case appealed?).

C. Have you filed any grievances regarding the facts of your complaint?

   Yes ✓     No

   1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures. ON TABLET

   2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

   I've exhausted every way I know how to

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

Through my vascular Surgeon Dr. Chad McKenzie And the doctor in this facility I'm approved for double mats and lower level

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

do to my surgeon Athourity but the head Nursing took upon herself that one of the most clearly decorated

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

vascular surgeon in this country that authorized my situation for the Reasons due to my total hip Replacement & back surgery

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

Open for discussion And terminate of her position for Not being certified as Doctor that makes these decisions.

SIGNED THIS 27th DAY OF 3      20 25

Alex Yates

(Signature of Each Plaintiff)

**VERIFICATION:**

I, Alex Yates, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: 3/27/25    SIGNED: Alex Yates



Alex Yates
9265 Fauxnfilky Ct
Manassas VA 20110

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208

RECEIVED
APR 04 2025
USDC Clerk's Office
Mail Room